UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD REED, JR.,

             Plaintiff,                              Case Number 24-12931

v.                                                Honorable David M. Lawson

TRANSUNION, LLC, EQUIFAX
INFORMATION SERVICES, LLC, and
EXTRA CREDIT UNION,

             Defendants.

_____/

## ORDER OF PARTIAL DISMISSAL

The plaintiff and defendants Transunion, LLC and Extra Credit Union have informed the Court that they reached an agreement resolving the case as to those defendants.  ECF Nos. 13, 14. The plaintiff's claims against those defendants therefore will be dismissed.

Accordingly, it is **ORDERED** that the plaintiff's claims against TransUnion, LLC and Extra Credit Union **ONLY** are **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before March 17, 2025**.

                                             s/David M. Lawson
                                             DAVID M. LAWSON
                                             United States District Judge

Dated:   January 16, 2025