UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD REED, JR.,

     Plaintiff,        Case Number 24-12931

v.               Honorable David M. Lawson

EQUIFAX INFORMATION SERVICES, LLC,

     Defendant.

_____/

## ORDER OF DISMISSAL

On January 21, 2025, the plaintiff and the remaining defendant, Equifax Information Services, LLC, informed the Court that they had reached an agreement to resolve all of the remaining claims in this matter.  The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party.  Any party may apply to reopen the matter to enforce the settlement agreement **on or before March 23, 2025**.

           s/David M. Lawson
           DAVID M. LAWSON
           United States District Judge

Dated:   January 22, 2025